UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOVANI FASHION LTD.,
                Plaintiff,

       -against-                             23 Civ. 1994 (LGS)

JASZ COUTURE, INC.,                         ORDER
                Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Civil Case Management Plan and Scheduling Order, issued April 20, 2023, requires the parties to file a joint status letter in accordance with Individual Rule III.D.3 by June 2, 2023.

       WHEREAS, no such letter was filed.  It is hereby

       **ORDERED** that the parties shall file the required letter as soon as possible and no later than **June 7, 2023**.

Dated: June 6, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE