UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOVANI FASHION LTD.,                                        :
                                  Plaintiff,                :
           -against-                                        :   23 Civ. 1994 (LGS)
                                                            :
JASZ COUTURE, INC.,                                         :   ORDER
                                  Defendant.                :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Civil Case Management Plan and Scheduling Order, issued April 20, 2023, requires the parties to file a joint status letter in accordance with Individual Rule III.D.3 by August 4, 2023.

WHEREAS, no such letter was filed. It is hereby

**ORDERED** that the parties shall file the required letter as soon as possible and no later than **August 8, 2023**.

Dated: August 7, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
UNITED STATES DISTRICT JUDGE