UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOVANI FASHION LTD.,
                          Plaintiff,

        -against-                             23 Civ. 1994 (LGS)

JASZ COUTURE, INC.,                        ORDER
                         Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby

      **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are **DENIED** as moot, and all conferences and deadlines are **CANCELLED**.

Dated: August 9, 2023
       New York, New York

                               LORNA G. SCHOFIELD
                           UNITED STATES DISTRICT JUDGE